**No. 26-1253**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

JOSE RIVERA,

*Plaintiff - Appellant,*

v.

DEPARTMENT OF JUSTICE; LEAH BELAIRE FOLEY, United States Attorney for the District of Massachusetts,

*Defendants - Appellees.*

*On Appeal from the United States District Court for the District of Massachusetts*
*Hon. Mark G. Mastroianni, District Judge, Case No. 3:24-cv-30111-MGM*

# MOTION OF THE MASSACHUSETTS ASSOCIATION OF CRIMINAL DEFENSE LAWYERS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OUT OF TIME IN SUPPORT OF PLAINTIFF-APPELLANT

Alexandra Arnold (No. 1205706)
MASSACHUSETTS ASSOCIATION OF
CRIMINAL DEFENSE LAWYERS
One Financial Center, Suite 1120
Boston, Massachusetts 02111
(617) 481-0606

Michael T. Packard (No. 1146175)
William H. Locke (No. 1220427)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
(617) 712-7100

*Counsel for Proposed Amicus Curiae*
*Massachusetts Association of Criminal Defense Lawyers*

October 8, 2026

Pursuant to Federal Rules of Appellate Procedure 29(a)(3) and 29(a)(6), the Massachusetts Association of Criminal Defense Lawyers ("MACDL") respectfully moves for leave to file a late brief as amicus curiae in support of Plaintiff-Appellant Jose Rivera by November 30, 2026. The brief would address whether the accused's Sixth Amendment right "to have compulsory process for obtaining witnesses in his favor," U.S. Const. amend. VI, extends to the production of documents. *See* Appellant's Br. 2. The district court held that it does not. Add. 6.

MACDL is an incorporated, non-profit association of criminal defense lawyers. Its members represent criminal defendants in Massachusetts prosecutions, who likely may challenge a federal agency's refusal to produce evidence only under the Administrative Procedure Act. *See Puerto Rico v. United States*, 490 F.3d 50, 61 n.6 (1st Cir. 2007). As the district court recognized, whether the right to compulsory process applies to such a refusal determines whether it may be challenged "on constitutional grounds" or only as "arbitrary and capricious." Add. 5; *see Gulluni v. Levy*, 85 F.4th 76, 80 (1st Cir. 2023). The district court found "no guidance in the case law" on that question. Add. 5. MACDL's brief would assist the Court by providing additional insight into the relevant history and case law as to the constitutional issue.

Under Rule 29(a)(6), amicus briefs supporting Mr. Rivera were due seven days after he filed his principal brief on August 18, 2026. MACDL's brief is thus

late, and MACDL asks the Court to accept it out of time. The brief will address an issue that the parties have briefed and the district court decided, so its subject will not surprise the parties. Defendants-Appellees' brief is due on October 30, 2026; MACDL further requests that the Court permit them to respond to MACDL's brief within such time as the Court directs. *See* Fed. R. App. P. 29(a)(6).

Undersigned counsel conferred with counsel for the parties. Plaintiff-Appellant assents to this motion. Defendants-Appellees oppose the filing of any amicus curiae brief after October 16, 2026.

Accordingly, and for the foregoing reasons, MACDL respectfully requests that the Court grant this motion and permit MACDL to file its brief as amicus curiae no later than November 30, 2026.

Date: October 8, 2026

Respectfully submitted,

/s/ *Michael T. Packard*

Michael T. Packard (No. 1146175)
William H. Locke (No. 1220427)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, Massachusetts 02199
(617) 712-7100
michaelpackard@quinnemanuel.com
williamlocke@quinnemanuel.com

Alexandra Arnold (No. 1205706)
MASSACHUSETTS ASSOCIATION OF CRIMINAL DEFENSE LAWYERS
One Financial Center, Suite 1120
Boston, Massachusetts 02111
(617) 481-0606
aarnold@clohertysteinberg.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because it contains 367 words, excluding the parts of the motion exempt by Rule 32(f).

This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Date: October 8, 2026

*/s/ Michael T. Packard*
Michael T. Packard

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 8, 2026, I served the foregoing motion on counsel of record via CM/ECF.

Date: October 8, 2026

*/s/ Michael T. Packard*
Michael T. Packard